**LIFE & CASUALTY INSURANCE COMPANY OF TENNESSEE**

v.

**Ethel M. YOUNG.**

Court of Appeals of Kentucky.

Nov. 4, 1960.

Robert J. Watson, Middlesboro, for appellant.

James W. Smith, Elizabeth Gillis, Smith & Gillis, Middlesboro, for appellee.

PER CURIAM.

Motion for appeal from a judgment of the Bell Circuit Court, W. R. Knuckles, J.,

on a verdict awarding appellee $800 on a disability insurance policy.

A review of the record discloses no prejudicial error.

Motion overruled. The judgment stands affirmed.